No. 02–1647. GOWESKY v. SINGING RIVER HOSPITAL SYSTEM, DBA OCEAN SPRINGS HOSPITAL. C. A. 5th Cir. Certiorari denied.

No. 02–1648. KEITH v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–1651. DAVID v. HALL, SUPERINTENDENT, OLD COLONY CORRECTIONAL CENTER. C. A. 1st Cir. Certiorari denied.

No. 02–1653. ANOLIK ET AL. v. PHILIPPINE AIRLINES, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–1655. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. v. MAYWEATHERS ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–1658. SHOOK v. MONTANA. Sup. Ct. Mont. Certiorari denied.

No. 02–1660. LEWIS v. TEXAS. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 02–1663. MURRAY, EXECUTRIX OF THE ESTATE OF MURRAY, DECEASED, ET AL. v. CONNETQUOT CENTRAL SCHOOL DISTRICT OF ISLIP ET AL. C. A. 2d Cir. Certiorari denied.

No. 02–1665. GAMBONE ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–1666. FELD v. PROFESSIONAL CONDUCT COMMITTEE OF THE SUPREME COURT OF NEW HAMPSHIRE. Sup. Ct. N. H. Certiorari denied.

No. 02–1668. VAN SYOC v. HOUSING AUTHORITY AND URBAN REDEVELOPMENT AGENCY OF THE CITY OF ATLANTIC CITY ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–1670. MANN v. UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT. C. A. 7th Cir. Certiorari denied.